UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JAMES ADAM ZEIGLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV426-053 |
| | ) | |
| CHATHAM COUNTY, GEORGIA, | ) | |
| d/b/a CHATHAM COUNTY FIRE | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant Chatham County, Georgia, d/b/a Chatham County Fire Department, with Plaintiffs' consent, requests an extension of time in which to Answer or otherwise respond to Plaintiff's Amended Complaint. *See* doc. 13. For good cause shown, the Motion for Extension of Time to File Answer is **GRANTED**. Doc. 13. Defendant's deadline to Answer or otherwise respond to Plaintiff's Amended Complaint is **EXTENDED** to July 13, 2026. Additionally, as Plaintiff notes in his Response to Plaintiff's Motion to Dismiss, doc. 11, Plaintiff's Amended Complaint supersedes his original Complaint and therefore moots Defendant's Motion to Dismiss, doc. 10. *See, e.g.*, *Lowery v. Ala. Power Co.*, 483 F.3d 1184, 1219 (11th Cir. 2007) ("Under . . . federal law, an amended

1

complaint supersedes the initial complaint and becomes the operative pleading in the case."); *S. Pilot Ins. Co. v. CECS, Inc.*, 15 F. Supp. 3d 1284, 1287 n. 1 (N.D. Ga. Jan. 25, 2013) ("An amended complaint supersedes the original complaint, and thus renders moot a motion to dismiss the original complaint."). Therefore, Defendant's Motion to Dismiss the original Complaint is **DISMISSED AS MOOT**. Doc. 10.

**SO ORDERED**, this 15th day of May, 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2