**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| JAMES ADAM ZEIGLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV426-053 |
| | ) | |
| CHATHAM COUNTY, GEORGIA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Court directed the parties to submit, following their Rule 26(f) Conference, a report "conform[ing] to the language and format of the Form Rule 26(f) Report for use in Judge Baker cases." Doc. 3 at 2. The Report filed by the parties does not meet this requirement. Doc. 16. The parties are, therefore, **DIRECTED** to resubmit their Report using the proper form and providing all requested information within seven days of the date of this Order. A copy of Judge Baker's mandated form can be located on the Court's website under "Forms." The parties are further reminded that, except upon a showing of good cause, they must submit a proposed schedule that comports with Judge Baker's sequential discovery requirement detailed on page 6 of his mandated form. The

Clerk is **DIRECTED** to **TERMINATE** the parties' noncompliant Report. Doc. 16.

**SO ORDERED**, this 17th day of August, 2026.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA